# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Guardian Flight LLC, | ) |
| | ) |
| Plaintiff, | ) **ORDER RE ADMISSION** |
| | ) **PRO HAC VICE** |
| vs. | ) |
| | ) |
| Jon Godfread, in his capacity as North Dakota Insurance Commissioners; Wayne Stenehjem in his capacity as the North Dakota Attorney General, | ) ) ) ) |
| | ) Case No. 1-18-cv-7 |
| Defendants. | ) |

Before the court is a motion for attorney Joshua L. Fuchs to appear *pro hac vice* on the Plaintiff's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Fuchs has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. Attorney Fuchs has also paid the required admission fees to the office of the Clerk. Accordingly, the current motion (Docket No. 3) is **GRANTED**. Attorney Fuchs is admitted to practice before this court in the above-entitled action on behalf of the Plaintiff.

**IT IS SO ORDERED.**

Dated this 16th day of Janurary, 2018.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge