# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Guardian Flight, LLC, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Jon Godfread, in his capacity as North ) | |
| Dakota Insurance Commissioner; Wayne ) | |
| Stenehjem in his capacity as North Dakota ) | |
| Attorney General, ) | Case No.1:18-cv-007 |
| ) | |
| Defendants. ) | |

On March 16, 2018, the parties filed a Stipulated Scheduling Order. The court **ADOPTS** the stipulation (Doc. No. 12) and **ORDERS**: (1) defendants shall have until March 23, 2018 to file a response to plaintiff's motion for judgment on the pleadings; and (2) plaintiff shall have until April 6, 2018, to file a reply to defendants' response. The scheduling conference set for March 21, 2018, is canceled.

**IT IS SO ORDERED.**

Dated this 20th day of March, 2018.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court