IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

Case No. 1:18-cv-00007

| | |
|---|---|
| GUARDIAN FLIGHT LLC, | ) |
| Plaintiff, | ) |
| v. | ) **NOTICE OF APPEAL** |
| JON GODFREAD, in his capacity as North Dakota Insurance Commissioner; WAYNE STENEHJEM in his capacity as North Dakota Attorney General, | ) |
| Defendants. | ) |

NOTICE IS HEREBY GIVEN that Plaintiff Guardian Flight LLC, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the Judgment (Dkt. 29) and Order On Motions (Dkt. 28) entered in this action on the 14th day of January, 2019.

Dated: February 11, 2019				Respectfully submitted,

							/s/ Monte L. Rogneby
							Monte L. Rogneby (#05029)
							VOGEL LAW FIRM
							US Bank Building
							200 North 3rd Street, Suite 201
							Bismarck, ND  58502-2097
							Telephone:  701.258.7899
							Facsimile:  701.258.9705
							mrogneby@vogellaw.com

							Joshua L. Fuchs (TX Bar # 24029559),
							a*dmitted pro hac vice*
							JONES DAY
							717 Texas Avenue, Suite 3300
							Houston, TX  77002-2712
							Telephone:  832-239-3939
							jfuchs@jonesday.com